1070

[No. 10089–4–II.   Division Two.   March 24, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L. LAMONT, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–1–00514–5, Leonard W. Kruse, J., entered June 23, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10711–2–II.   Division Two.   March 24, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CARL PAYNE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00310–7, Don L. McCulloch, J., entered February 9, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10194–7–II.   Division Two.   March 24, 1988.]

*In the Matter of the Adoption of* K.L.

TERRY WAYNE D., ET AL, *Respondents*, v. DAVID L., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–5–00142–0, Leonard W. Kruse, J., entered July 11, 1986. *Reversed* and *vacated* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.